UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KENNETH AND ANDREA BUTLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. CV412-244 |
| | ) | |
| GMAC MORTGAGE, LLC, | ) | |
| MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, INC., | ) | |
| RESIDENTIAL FUNDING | ) | |
| COMPANY, LLC, and DEUTSCHE | ) | |
| BANK TRUST COMPANY AMERICAS | ) | |
| *as trustee for RALI Trust 2007-S5,* | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

On April 25, 2013, the Court advised plaintiffs that they had 14 days to make a Fed. R. Civ. P. 4(m) good cause showing to save their case. (Doc. 11.) As they have made no effort to do so, this case should be **DISMISSED** without prejudice for plaintiffs' failure to perfect service upon defendants.

**SO REPORTED AND RECOMMENDED** this 25th day of June, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA