FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUL 12 PM 12:02

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH BUTLER and ANDREA BUTLER,

    Plaintiffs,

v.

GMAC MORTGAGE, LLC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; RESIDENTIAL FUNDING COMPANY, LLC, and DEUTSCHE BANK TRUST COMPANY AMERICAS, as trustee for RALI Trust 2007-S5,

    Defendants.

CASE NO. CV412-244

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 12), to which no objections were filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the opinion in this case and Plaintiffs' claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 12th day of July 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA